FILED
JAN 2 2 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohsen Khoshmood, )
)
      Plaintiff, )
)
v. ) Civil Action No. 17-2401 (UNA)
)
)
Diane M. Brenneman, )
)
      Defendant. )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a).

Plaintiff, a District of Columbia resident, sues a judge in the Superior Court of the District of Columbia who appears to have dismissed plaintiff's civil action filed in that court. *See* Compl. at 3. The alleged facts present neither a federal question nor a basis for diversity

1

jurisdiction. As a result, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: January 18, 2018

_____
United States District Judge